Present — Close, P. J., Carswell, Adel, Taylor and Lewis, JJ. CONSTANCE STUPORE et al., Appellants, v. AVANTI REALTY CORPORATION et al., Respondents.—

Close, P. J., Hagarty, Carswell, Taylor and Lewis, JJ., concur. MARGARET VIRGINIA, Respondent, v. MAURICE F. DRAYE et al., Appellants.—

No opinion. Present — Close, P. J., Carswell, Adel, Taylor and Lewis, JJ.

JAMES L. WHITE, Respondent, v. WOODWYNN COMPANY, INC., et al., Appellants, et al., Defendants.— No opinion. Present — Close, P. J., Hagarty, Johnston, Taylor and Lewis, JJ.

(March 17, 1943.)

In the Matter of ADAM KONOPKA, Petitioner, against HENRY E. BRUCKMAN et al., Constituting the New York State Liquor Authority, Respondents.— Present — Close, P. J., Carswell, Johnston, Taylor and Lewis, JJ.

(March 22, 1943.)

EDMUND CANAVAN, Respondent, v. MARY PFEIFER, Appellant.— Present — Carswell, Johnston, Adel, Taylor and Lewis, JJ.

CENTRAL HANOVER BANK AND TRUST COMPANY, as Trustee, Respondent, v. LYDIA H. BURGSTALLER et al., Defendants; JOHANNUS TAUBENBERGER et al., Infants, by Their Guardian ad Litem, MOSES FEUER, Defendants-Respondents, and FEDERICO STALLFORTH, Defendant-Appellant.— Present — Close, P. J., Hagarty, Johnston, Adel and Lewis, JJ.

CITIZEN'S BANK OF WHITE PLAINS, N. Y., Respondent, v. WOODSON R. OGLESBY et al., Defendants, and DAVID W. GRIFFITH, Defendant-Appellant.—